SHERYL D. NOEL SBN 172551
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
copies to efiling@schuergerlaw.com

Attorney for Plaintiff,
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>R & B CELLARS, INC., a California Corporation, KEVIN P. BROWN and BARBARA BROWN, an individual,<br><br>Defendant. | Case No.  3:24-CV-7980 |

## COMPLAINT

O THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The Plaintiff, United States of America, on behalf of, the Export-Import Bank of the United States, alleges that:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III Section 2, U.S. Constitution and 28 U.S.C. § 1345.  *See 28 U.S.C. § 1345.*

2. Venue is proper under 28 U.S.C. § 1345 in that defendant, R & B CELLARS, INC is a California Corporation with a principal place of business at 1835 San Jose Avenue, Alameda, California 94501, located in Alameda County, California within the Jurisdiction of this Court.

3. Venue is proper under 28 U.S.C. § 1345 in that defendant, KEVIN P. BROWN, has an address of 1835 San Jose Avenue, Alameda, California 94501, located in Alameda County, California within the Jurisdiction of this Court.

4. Venue is proper under 28 U.S.C. § 1345 in that defendant, BARBARA BROWN, has an address of 1835 San Jose Avenue, Alameda, California 94501, located in Alameda County, California within the Jurisdiction of this Court.

## PARTIES

5. Plaintiff is the United States of America, acting through Export-Import Bank of the United States (hereinafter "EXIM BANK"). The debt was referred to the Department of Justice in accordance with the Debt Collection Improvement Act of 1996 ("DCIA") (31 U.S.C. § 3701 *et seq.*).

6. The Defendant, R & B CELLARS, INC., a California Corporation, ("R & B CELLARS") with a principal place of business at 1835 San Jose Avenue, Alameda, California 94501 located in Alameda County, California within the Jurisdiction of this Court.

7. The Defendant, KEVIN P. BROWN, has an address of 1835 San Jose Avenue, Alameda, California 94501, located in Alameda County, California within the Jurisdiction of this Court.

8. The Defendant, BARBARA BROWN, has an address of 1835 San Jose Avenue, Alameda, California 94501, located in Alameda County, California within the Jurisdiction of this Court.

## STATEMENT OF CLAIM

9. On or about November 6, 2014, R & B CELLARS, INC., by and through its President KEVINP. BROWAN personally executed and delivered a Loan, Security and Guarantee Agreement (hereinafter "LSG Agreement") to EXIM BANK in the amount of

$495,000.00 with interest accruing at the fixed annual rate of 5.18%. A copy of the Loan, Security and Guarantee Agreement described herein is attached hereto and made apart hereof as Exhibit "A".

10. On or about April 20, 2017, R & B CELLARS, INC., by and through its President KEVIN P. BROWAN ("BORROWER"), and KEVIN P. BROWN and BARBARA BROWN as guarantors ("GUARANTORS") together with the Borrower, personally executed and delivered Amendment No. 1 to the Loan, Security and Guarantee Agreement (hereinafter "LSG Agreement") to EXIM BANK in the amount of $494,962.50. A copy of the Amendment No. 1 to the Loan, Security and Guarantee Agreement described herein is attached hereto and made apart hereof as Exhibit "B".

11. On or about March, 2024, R & B CELLARS, INC., KEVIN P. BROWN and BARBARA BROWN ("collectively Defendants") became delinquent on the obligation, with a balance due of $673,957.00.

12. EXIM BANK is the current owner and holder of the LSG Agreement, and all secure Instrument associated with the Agreement.

13. Plaintiff demanded payment from the Defendants, but payment has not been made.

14. As of August 8, 2024, the Defendants is indebted to the United States of America the sum of $673,957.00, inclusive of applicable fees, interest and penalties as listed on the Certificate of Indebtedness attached hereto as Exhibit "C".

15. Plaintiff declares the full amount payable under the LSG Agreement to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA prays for the judgment against defendants as follows:

1. For the total amount of $673,957.00;
2. For the costs of this action;

3. Attorney's fees of $400.00 as permitted by 28 U.S.C. § 2412(a)(2); and,

4. For such other relief which the Court deems proper.

DATED this 14th day of November 2024.

Respectfully submitted,

By: /s/ Sheryl D. Noel
Sheryl D. Noel (172551)
Attorney for the Plaintiff
United States of America
**On behalf of Schuerger Law Group**
**Private Counsel – U.S. Department of Justice**
499 W. Shaw Avenue #116
Fresno, CA 93704
Phone: (559)248-4820
snoel@schuergerlaw.com
efiling@schuergerlaw.com

4
COMPLAINT